NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY G. FEDERMAN, Derivatively on Behalf of AMERICAN APPAREL, INC. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DOV CHARNEY, ALBERTO CHEHEBAR, DAVID DANZIGER, ROBERT GREENE, MARVIN IGELMAN, WILLIAM MAUER, and ALLAN MAYER | ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| AMERICAN APPAREL, INC., a Delaware Corporation | ) ) ) |
| Nominal Defendant. | ) |
| CHARLES RENDELMAN, Derivatively on Behalf of AMERICAN APPAREL, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| DOV CHARNEY, ALBERTO CHEHEBAR, DAVID DANZIGER, ROBERT GREENE, MARVIN IGELMAN, WILLIAM MAUER, | ) ) ) ) ) |

**Docket No.:**
**Lead Case: CV 14-5230-MWF(JEMx)**
**Member Case: CV 14-5699-MWF(JEMx)**

**ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND RELATED MATTERS**

1    AND ALLAN MAYER                    )
                                        )
2              Defendants,              )
                                        )
3    -and-                              )
                                        )
4                                       )
     AMERICAN APPAREL, INC.,            )
5                                       )
6              Nominal Defendant.       )
     _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Good cause appearing from the foregoing Stipulation, it is hereby ORDERED that:

1.      The parties' stipulation re: consolidation of related cases, appointment of co-lead counsel and related matters is GRANTED.

2.      The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Federman v. Charney, et al.* | 2:14-CV-5230 | July 7, 2014 |
| *Rendelman v. Charney, et al.* | 2:14-CV-5699 | July 22, 2014 |

3.      Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE AMERICAN APPAREL, INC.   )   Lead Case No.
2014 DERIVATIVE SHAREHOLDER )   CV 14-5230-MWF(JEMx)
LITIGATION                                       )
_____ )
                                                        )   Consolidated with Case No.
This Document Relates To:              )   CV 14-5699-MWF
All Actions. _____ )

4.      The files of the consolidated action shall be maintained in one file under Lead Case No. CV 14-5230-MWF(JEMx).  This Order closes Case No. CV 14-5699-MWF.

5.      This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

6.      When a case which properly belongs as part of *In re American Apparel, Inc. 2014 Derivative Shareholder Litigation*, Lead Case No. CV 14-5230-

1  MWF(JEMx), is hereafter filed in the Court or transferred here from another court,

2  counsel shall promptly call to the attention of the clerk of the Court the filing or

3  transfer of any case which might properly be consolidated as part of *In re*

4  *American Apparel, Inc. 2014 Derivative Shareholder Litigation*, Lead Case No.

5  CV14-5230-MWF(JEMx), and counsel are to assist in assuring that counsel in

6  subsequent actions receive notice of this Order.

7      7.    Counsel for plaintiffs in the Consolidated Action ("Co-Lead

8  Counsel") are:

9
            WEISSLAW LLP
10          Leigh A. Parker (170565)
            1516 South Bundy Drive, Suite 309
11          Los Angeles, CA 90025
            Telephone: (310) 208-2800
12          Facsimile: (310) 209-2348
13                  and
            David C. Katz
14          1500 Broadway, 16th Floor
            New York, NY 10036
15          Telephone: (212) 682-3025
            Facsimile: (212) 682-3010
16
17
                    -and-
18          KAHN SWICK & FOTI, LLP
            Ramzi Abadou (SBN 222567)
19          505 Montgomery Street, 10th Floor
            San Francisco, California 94111
20          Telephone: (415) 874-3047
            Facsimile: (504) 455-1498
21
22                  and
            KAHN SWICK & FOTI, LLC
23          Melinda A. Nicholson
            Michael J. Palestina
24          206 Covington St.
            Madisonville, LA 70447
25          Telephone: (504) 455-1400
            Facsimile: (504) 455-1498
26
27
28
                              - 3 -

8.    Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9.    Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

10.    Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other direction from the Court to counsel.

11.    Defendants' counsel may rely upon all agreements made with either of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

12.    Defendants' counsel have agreed to accept service on behalf of all Defendants (except for Individual Defendant Alberto Chehebar) not already served.

13.    Defendants do not waive any rights and expressly reserve the right to assert any defenses that they or any of them individually may have to this action or any other related action.

14.    Plaintiffs shall, forty-five (45) days after entry of this Order, either (a) designate the *Federman* or *Rendelman* complaint as operative or (b) file a consolidated complaint.  If a consolidated complaint is filed, the complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

15.     Defendants will answer, move against, or otherwise respond to the operative complaint within forty-five (45) days after Plaintiffs files a consolidated complaint or designates the *Federman* or *Rendelman* complaint as operative. Defendants shall have no obligation to answer, move against, or otherwise respond to the existing *Federman* or *Rendelman* complaints unless designated operative.

16.     If Defendants file and serve any motions directed at Plaintiffs' operative complaint, Plaintiffs shall file and serve their opposition with thirty (30) days after service of Defendants' motion.  If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within thirty (15) days after service of Plaintiffs' opposition.

**IT IS SO ORDERED.**

DATED: September 24, 2014

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

- 5 -